# IN THE SUPREME COURT OF THE STATE OF NEVADA

NADER YOUSEF ABDELSAYED, M.D., AN INDIVIDUAL; TRACY NIELSON, C.N.M., AN INDIVIDUAL; CENTENNIAL HILLS OB/GYN ASSOCIATES, LLP, A NEVADA LIMITED LIABILITY PARTNERSHIP; AND ANNETTE MAYES, M.D., AN INDIVIDUAL
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE JERRY A. WIESE, DISTRICT JUDGE,
Respondents,
and
VALERY MUNIZ, A MINOR, BY AND THROUGH HER NATURAL PARENTS AND LEGAL GUARDIANS, MARTHA ACOSTA-COCHRAN AND MIGUEL MUNIZ; NORTH VISTA HOSPITAL, INC., D/B/A NORTH VISTA HOSPITAL, A DELAWARE CORPORATION; AND ROSE CARVER, R.N., AN INDIVIDUAL,
Real Parties in Interest.

No. 67540

FILED

JAN 14 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER GRANTING PETITION*

This petition for a writ of mandamus challenges a district court order determining that NRS 41A.035 is unconstitutional. We recently considered a similar district court order in *Tam v. Eighth Judicial District Court*, 131 Nev., Adv. Op. 80, 358 P.3d 234 (2015), and held that NRS 41A.035 is constitutional, applies to medical malpractice actions, and applies per incident regardless of how many plaintiffs,

defendants, or claims are involved. Based on *Tam*, we grant the petition and direct the clerk of this court to issue a writ of mandamus instructing the district court to vacate the portion of its March 2, 2015, order, entered in Case No. A-12-655566-C, that declared NRS 41A.035 unconstitutional.

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:    Hon. Jerry A. Wiese, District Judge
Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
De Castroverde Law Group
Parker & Edwards
Hand & Sullivan, LLC
Snow, Christensen & Martineau
Daehnke Stevens, LLP
Bonne Bridges, Mueller, O'Keefe & Nichols
Eighth District Court Clerk